# EXHIBIT C

*Cease and Desist Letter
Dated December 17, 2013*



537 East Pete Rose Way
Suite 400
Cincinnati, OH 45202-3578
ph 513.852.8200
fax 513.852.8222
Curtis L. Cornett
clc@corsbassett.com
direct dial 513.852.8226

December 17, 2013

Melissa D. Whitaker
President
Melissa Whitaker International, LLC
808 S. Salem Dr.
Schaumberg, IL 60193

Re: Infringement of Top Gun Trademark

Dear Ms. Whitaker:

This office represents Top Gun Sales Performance, Inc. ("Top Gun"), a corporation organized under Ohio law and engaged in the business of providing sales support, training, and consulting services to its clients. Top Gun is also the owner of the "Top Gun Sales Performance" mark, registered with the U.S. Trademark and Patent office as registration number 2837843. (A copy of Top Gun's trademark registration is enclosed herewith.)

It has come to Top Gun's attention, via your company's Internet website, that Melissa Whitaker International, LLC ("MWI") is advertising a training program called "Top Gun Sales Training." Obviously, this program and accompanying advertising is infringing on Top Gun's mark and is likely to mislead the public into believing that Top Gun has sponsored, approved, authorized, or is otherwise affiliated with MWI's business activities, which it most assuredly is not. Such infringement violates the Lanham Act (15 U.S.C. § 1051, et seq.), Ohio's trademark law (ORC § 1329.54, et seq.), and constitutes unfair competition under Ohio common law.

Accordingly, Top Gun hereby demands that MWI immediately cease all use of the "Top Gun" mark. Should MWI fail to cease using Top Gun's mark on or before January 1, 2014, Top Gun shall take legal action against MWI and will seek all available remedies including injunctive relief, compensatory damages, treble damages, and attorney fees.

Very truly yours,

Curtis L. Cornett

CLC/kal
Enclosure
c: J. Steven Osborne
David Kessinger
Kevin R. Feazell, Esq.

603039.1